UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEVIN ALEXANDER<br><br>        PETITIONER,<br><br>v.<br><br>JAMES T. WYNDER, ET AL.,<br><br>        DEFENDANTS. | CIVIL ACTION<br><br>No. 07-510 |

**ORDER**

October 30, 2007

       Upon consideration of (1) petitioner Devin Alexander's Motion for Equitable Relief (Docket # 4), pursuant to Federal Rule of Civil Procedure 60(b) or 28 U.S.C. §2243, from this court's March 12, 2007 Memorandum/Order dismissing petitioner's second or successive habeas corpus petition for lack of subject matter jurisdiction (Docket # 2), (2) the September 28, 2007 Report and Recommendation of Magistrate Judge Sandra Moore Wells (Docket # 6) , and (3) petitioner's Objection to the Report and Recommendation (Docket # 7), it is hereby **ORDERED** that:

      1.  The Report and Recommendation is **APPROVED** and **ADOPTED**;

      2.  Petitioner's Motion for Equitable Relief is **DENIED.**

                                    BY THE COURT:

                                    <u>Louis H. Pollak</u>
                                    /s/ Pollak, J.